NO. 07-11-00107-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
MAY 12, 2011
--------------------------------------------------------------------------------

 
 RODNEY W. ABLES, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;
 
 NO. 2010-428,047; HONORABLE BRADLEY S. UNDERWOOD, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Appellant Rodney W. Ables plead guilty to a charge of manufacturing methamphetamine with intent to deliver in an amount more than four grams but less than two hundred grams. According to a plea bargain agreement, appellant was sentenced to ten years confinement in prison. Sentence was imposed on March 3, 2011, and appellant's conviction and sentence were memorialized in a written judgment signed the same date. Appellant filed a motion for new trial and notice of appeal on March 7, 2011. By order of March 31, 2011, the trial court granted appellant's motion for new trial. On May 9, we received a clerk's record containing nothing more than the order granting appellant's motion for new trial.
If the trial court grants a new trial, it restores the case to its position before the former trial. Tex. R. App. P. 21.9(b). The trial court's March 31 order granting appellant's motion for new trial returned the case to a position where there was no finding of guilt and the judgment of conviction was no longer in place. 
Because there is no longer an adjudicated issue for appellate review before us, we have no jurisdiction over the case except to dismiss the appeal. See Waller v. State, 931 S.W.2d 640, 643-44 (Tex.App.--Dallas 1996, no pet.).
Consequently, the appeal is dismissed for want of jurisdiction.

 James T. Campbell
 Justice

Do not publish.